Palmer v GoGo Furniture (2025 NY Slip Op 50560(U))

[*1]

Palmer v GoGo Furniture

2025 NY Slip Op 50560(U) [85 Misc 3d 139(A)]

Decided on April 21, 2025

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 21, 2025

SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570121/25

Tyisha C. Palmer,
Plaintiff-Appellant,

against

GoGo Furniture,
Defendant-Respondent.

Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the
City of New York, New York County (Erik L. Gray, J.), entered March 7, 2023, after
inquest, in favor of defendant dismissing the action.

Per Curiam.

Judgment (Erik L. Gray, J.), entered March 7, 2023, reversed, without costs, and
matter remanded for a new inquest.

The trial court properly resolved the liability aspect of plaintiff's defective furniture
claim in her favor, but dismissed the action for failure to prove actual damages sustained
(see CCA 1804; Paulson v Kotsilimbas, 124 AD2d 513, 514 [1986]).
Although the trial court was correct in finding that it could not ascertain the value of the
defective bed because the purchase receipt submitted by the pro se plaintiff only listed
the total price of the bedroom set and did not separately itemize the cost of the bed, the
ends of "substantial justice" (CAA 1807) would be better served by affording the
plaintiff a final opportunity to demonstrate the value of the bed (see Gamboa v 245
PAS Prop. LLC, 42 Misc 3d 130[A], 2013 NY Slip Op 52214[U] [App Term, 1st
Dept 2013]; Correa v Midtown
Moving, 4 Misc 3d 135[A], 2004 NY Slip Op 50798[U][App Term, 1st Dept
2004]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur
Decision Date: April 21, 2025